# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

                                                   Case Number:   2:20-cr-208
                                                   Judge Sarah D. Morrison

      v.                                            Magistrate Judge Chelsey M. Vascura

**WILLIAM POWELL.**

## ORDER

This matter is before the Court for consideration of Defendant's Motion for Reconsideration of Detention (ECF No. 110) in which Defendant seeks revocation of the undersigned's detention order and release with conditions. In Defendant's Motion, notwithstanding his report to Pretrial Services that he was unemployed, Defendant emphasizes his role as a financial provider for his family and attaches a pay stub dated October 18, 2020, which reflects that Defendant's net pay in 2020 was $2,191. The Pretrial Services Report details Defendant's criminal history, which reflects numerous failures to appear and new crimes committed while under supervision. Notwithstanding these failures to appear—all of which occurred *after* Defendant had at least five children—Defendant asserts in his Motion that "[i]t is unlikely that [he] would abandon his wife and children and abscond from pretrial supervision if he is released on home confinement with electronic GPS monitoring," (ECF No. 18 at PAGEID #: 36). The undersigned has considered these arguments, as well as the additional arguments and evidence Defendant attaches to his Motion, and concludes that neither the evidence nor arguments advanced diminish the factors upon which the undersigned relied to conclude detention is warranted. Defendant's Motion is therefore **DENIED**.

**IT IS SO ORDERED.**

                                             /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE